**Dismiss and Opinion Filed September 25, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00664-CV**

**IN THE INTEREST OF C.W., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-667**

**MEMORANDUM OPINION**

Before Justices FitzGerald, Lewis, and Brown
Opinion by Justice FitzGerald

Appellant's brief in this case is overdue. By postcard dated July 15, 2013, we notified appellant that the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion with ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice.

Appellant belatedly filed a motion for extension of time to file his brief. By order dated August 7, 2013, we ordered appellant to file his brief on or before September 6, 2013. On September 10, 2013, we ordered appellant to file his brief by September 20, 2013, and we warned him that the appeal would be dismissed if he did not comply. Appellant has not filed a brief or otherwise communicated with this Court since we issued our August 7, 2013 order.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


/Kerry P. FitzGerald/

KERRY P. FITZGERALD

130664F.P05                                                      JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.W., A CHILD,

No. 05-13-00664-CV

On Appeal from the 305th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-667.
Opinion delivered by Justice FitzGerald.
Justices Lewis and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal. We **ORDER** that each party bear its own costs of this appeal.

Judgment entered September 25, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE